United States Bankruptcy Court
Southern District of Mississippi

In re:     Case No. 22-00157-JAW
Nakeshia Michelle Rader     Chapter 13
     Debtor

# CERTIFICATE OF NOTICE

District/off: 0538-3     User: mssbad     Page 1 of 3
Date Rcvd: Jun 04, 2025     Form ID: ntcdsm     Total Noticed: 45

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 06, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Nakeshia Michelle Rader, 202 High Hill Drive, Vicksburg, MS 39180-6230 |
| 5072306 | + | Commodore Apartments, 605 Cain Ridge Rd, Vicksburg, MS 39180-6057 |
| 5072681 | + | Jennifer A Curry Calvillo, The Rollins Law Firm Attorney for, Nakeshia Michelle Rader, 702 W. Pine St, Hattiesburg, MS 39401-3836 |
| 5072322 | + | MS Titile Loan, 2424 Clay St, Vicksburg, MS 39183-3125 |
| 5072318 | + | Merit Health Rankin, PO Box 127, Concord, NC 28026-0127 |
| 5072319 | + | Merith Health Women's, 1026 N Flowood Dr, Flowood, MS 39232-9532 |
| 5087869 | + | Spring Oaks Capital SPV, LLC, P O Box 1216, Chesapeake, VA. 23327-1216 |
| 5072317 | + | Title Cash of Mississippi, Inc., dba LoanMaster, 4209 Clay St # 2, Vicksburg, MS 39183-3537 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5072304 | | EDI: ATTWIREBK.COM | Jun 04 2025 23:24:00 | AT&T, PO Box 5087, Carol Stream, IL 60197-5087 |
| 5072300 | + | Email/Text: bnc@teampurpose.com | Jun 04 2025 19:27:00 | Advance America, 2314 Iowa Blvd, Vicksburg, MS 39180-5632 |
| 5072301 | + | Email/Text: bnc@teampurpose.com | Jun 04 2025 19:27:00 | Advance America, 2314 Iowa Blvd, Ste 200, Vicksburg, MS 39180-5999 |
| 5072302 | + | Email/Text: sbridwell@arscollections.com | Jun 04 2025 19:27:00 | Advanced Recovery Syst, 219 Katherine Dr, Flowood, MS 39232-9588 |
| 5072303 | + | Email/Text: EBNProcessing@afni.com | Jun 04 2025 19:27:00 | Afni, Inc., Po Box 3097, Bloomington, IL 61702-3097 |
| 5086949 | + | EDI: MAXMSAIDV | Jun 04 2025 23:24:00 | Aidvantage on behalf of The Department of Educatio, Dept of Ed Loan Services, PO BOX 9635, Wilkes-Barre, PA 18773-9635 |
| 5072305 | + | Email/Text: bankruptcy@bestwayrto.com | Jun 04 2025 19:27:00 | Bestway Rental, 2904 Clay St, Vicksburg, MS 39183-3135 |
| 5072330 | | Email/Text: cfcbackoffice@contfinco.com | Jun 04 2025 19:27:00 | Surge, P.O. Box 8099, Newark, DE 19714 |
| 5072307 | + | Email/Text: bkinfo@ccfi.com | Jun 04 2025 19:27:00 | Community Choice, 2121 Clay St, Vicksburg, MS 39183-3103 |
| 5072308 | + | Email/PDF: creditonebknotifications@resurgent.com | Jun 04 2025 19:44:15 | Credit One Bank, P.O. Box 98873, Las Vegas, NV 89193-8873 |
| 5072312 | | EDI: IRS.COM | Jun 04 2025 23:24:00 | Department of Treasury -, Internal Revenue Service, P O Box 7346, Philadelphia, PA 19101-7346 |
| 5093229 | + | Email/Text: credit7@entergy.com | Jun 04 2025 19:27:00 | Entergy, 4809 Jefferson Hwy, Ste. A, New Orleans, LA 70121-3138 |
| 5072309 | + | EDI: AMINFOFP.COM | Jun 04 2025 23:24:00 | First Premier Bank, 3820 N Louise Ave, Sioux |

| District/off: 0538-3 | User: mssbad | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jun 04, 2025 | Form ID: ntcdsm | Total Noticed: 45 |

| Recip ID | Flag | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | | Falls, SD 57107-0145 |
| 5072310 | | Email/Text: bankruptcy@glsllc.com | Jun 04 2025 19:27:00 | Global Lending Service, PO Box 10437, Greenville, SC 29603 |
| 5089773 | | Email/Text: bankruptcy@glsllc.com | Jun 04 2025 19:27:00 | Global Lending Services LLC, 1200 Brookfield Blvd Ste 300, Greenville, South Carolina 29603 |
| 5072311 | + | EDI: PHINGENESIS | Jun 04 2025 23:24:00 | Indigo, P.O. Box 205458, Dallas, TX 75320-5458 |
| 5072313 | + | Email/Text: ebone.woods@usdoj.gov | Jun 04 2025 19:27:00 | Internal Revenue Servi, c/o US Attorney, 501 East Court St, Ste 4.430, Jackson, MS 39201-5025 |
| 5072314 | + | Email/Text: Bankruptcy@joracredit.com | Jun 04 2025 19:27:55 | Jora Credit of Mississ, 7701 Las Colinas Ridge, Suite 650, Irving, TX 75063-8114 |
| 5072315 | + | Email/Text: lendly.bankruptcy@account-servicing.com | Jun 04 2025 19:27:00 | Lendly, Po Box 9035, Dayton, OH 45409-9035 |
| 5073836 | + | Email/Text: bankruptcydpt@mcmcg.com | Jun 04 2025 19:27:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 5072320 | + | Email/Text: bankruptcydpt@mcmcg.com | Jun 04 2025 19:27:00 | Midland Fund, 320 East Big Beaver, Troy, MI 48083-1238 |
| 5072321 | | EDI: MSDOR | Jun 04 2025 23:24:00 | Mississippi Department of Revenue, Bankruptcy Section, Post Office Box 22808, Jackson, MS 39225-2808 |
| 5072323 | + | Email/Text: bankruptcy@ncaks.com | Jun 04 2025 19:27:00 | National Credit Adjust, P.O. Box 3023, 327 W 4th Street, Hutchinson, KS 67501-4842 |
| 5091713 | + | Email/Text: bankruptcy@ncaks.com | Jun 04 2025 19:27:00 | National Credit Adjusters, LLC, Attn: Bankruptcy Department, P.O. Box 3023, Hutchinson, KS. 67504-3023 |
| 5072324 | + | EDI: MAXMSAIDV | Jun 04 2025 23:24:00 | Navient, Po Box 9635, Wilkes Barre, PA 18773-9635 |
| 5072325 | + | Email/Text: bkrnotice@prgmail.com | Jun 04 2025 19:27:00 | Paragon Revenue Group, P O Box 127, Concord, NC 28026-0127 |
| 5084532 | + | EDI: JEFFERSONCAP.COM | Jun 04 2025 23:24:00 | Premier Bankcard, LLC, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud MN 56302-7999 |
| 5072316 | | Email/Text: bankruptcy@qcholdings.com | Jun 04 2025 19:27:00 | Loan Master, 4209 Clay St, Suite #2, Vicksburg, MS 39183 |
| 5072326 | | Email/Text: newbk@Regions.com | Jun 04 2025 19:27:00 | Regions Bank, PO Box 10063, Birmingham, AL 35202-0063 |
| 5072329 | | Email/Text: bankruptcy@springoakscapital.com | Jun 04 2025 19:27:00 | Spring Oaks Capital, 1400 Crossways Blvd, Suite 100 B, Chesapeake, VA 23334 |
| 5093193 | + | Email/Text: bncmail@w-legal.com | Jun 04 2025 19:27:00 | Scolopax, LLC, C/O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 5072327 | + | Email/Text: Tracey@sra-inc.net | Jun 04 2025 19:27:00 | Smith Rouchon & Assoc., 1456 Ellis Avenue, Jackson, MS 39204-2204 |
| 5072328 | + | Email/Text: bkinfo@ccfi.com | Jun 04 2025 19:27:00 | Speedy Cash, 3611 N. Ridge Rd., Wichita, KS 67205-1214 |
| 5072764 | + | Email/Text: bkinfo@ccfi.com | Jun 04 2025 19:27:00 | Speedy/Rapid Cash, P.O. Box 780408, Wichita, KS 67278-0408 |
| 5072331 | ^ | MEBN | Jun 04 2025 19:23:49 | US Attorney General, US Dept of Justice, 950 Pennsylvania AveNW, Washington, DC 20530-0001 |
| 5089592 | + | EDI: AIS.COM | Jun 04 2025 23:24:00 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 5072332 | + | Email/Text: bk@worldacceptance.com | Jun 04 2025 19:27:42 | World Finance, P.O. Box 6429, Greenville, SC |

| | | |
|---|---|---|
| District/off: 0538-3 | User: mssbad | Page 3 of 3 |
| Date Rcvd: Jun 04, 2025 | Form ID: ntcdsm | Total Noticed: 45 |

29606-6429

TOTAL: 37

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jun 06, 2025     Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 4, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Jennifer A Curry Calvillo | on behalf of Debtor Nakeshia Michelle Rader jennifer@therollinsfirm.com jennifer.curry.ecf@gmail.com,CalvilloJR81745@notify.bestcase.com |
| Semoune L Ellis | on behalf of Trustee Torri Parker Martin sellis@tpmartinch13.com |
| Thomas Carl Rollins, Jr | on behalf of Debtor Nakeshia Michelle Rader trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| Torri Parker Martin | tpm@tpmartinch13.com trusteeMSSB2H@ecf.epiqsystems.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |

TOTAL: 5

Form ntcdsm (Rev. 12/23)

# UNITED STATES BANKRUPTCY COURT
## Southern District of Mississippi

Case No.: 22−00157−JAW
Chapter: 13

In re:
Nakeshia Michelle Rader
aka Nakeshia M Rader, aka Nakeshia
Daniels−Rader, aka Nakeshia M Daniels
202 High Hill Drive
Vicksburg, MS 39180

Last four digits of Social−Security or Individual Tax−Payer−Identification (ITIN) No(s)., (if any):
xxx−xx−5605

Employer Tax Identification No(s). (if any):

## Notice of Dismissal

You are hereby notified that an Order Dismissing the above case was entered on June 4, 2025.

Dated: 6/4/25               Danny L. Miller, Clerk of Court
                            Thad Cochran U.S. Courthouse
                            501 E. Court Street
                            Suite 2.300
                            Jackson, MS 39201
                            601−608−4600