United States Bankruptcy Court
Southern District of Mississippi

In re:  Case No. 22-00157-JAW
Nakeshia Michelle Rader  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0538-3 | User: mssbad | Page 1 of 2 |
| Date Rcvd: Jun 04, 2025 | Form ID: pdf012 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 06, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Nakeshia Michelle Rader, 202 High Hill Drive, Vicksburg, MS 39180-6230 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jun 06, 2025      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 4, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Jennifer A Curry Calvillo | on behalf of Debtor Nakeshia Michelle Rader jennifer@therollinsfirm.com jennifer.curry.ecf@gmail.com,CalvilloJR81745@notify.bestcase.com |
| Semoune L Ellis | on behalf of Trustee Torri Parker Martin sellis@tpmartinch13.com |
| Thomas Carl Rollins, Jr | on behalf of Debtor Nakeshia Michelle Rader trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| Torri Parker Martin | tpm@tpmartinch13.com  trusteeMSSB2H@ecf.epiqsystems.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |

District/off: 0538-3  User: mssbad  Page 2 of 2
Date Rcvd: Jun 04, 2025  Form ID: pdf012  Total Noticed: 1
TOTAL: 5



SO ORDERED,

*Jamie A. Wilson*

Judge Jamie A. Wilson
United States Bankruptcy Judge
Date Signed: June 4, 2025

The Order of the Court is set forth below. The docket reflects the date entered.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN THE MATTER OF:

NAKESHIA MICHELLE RADER
202 HIGH HILL DRIVE
VICKSBURG, MS 39180

CHAPTER 13:

22-00157- JAW

## ORDER DISMISSING CASE

**THIS MATTER** came before the Court previously and an Order was entered (**Docket #30**) requiring the Debtor to not become more than sixty days delinquent. The Debtor is currently more than sixty days delinquent in plan payments to the Trustee. Thus, having considered the matter, the Court finds the case should be dismissed.

**IT IS THEREFORE, ORDERED AND ADJUDGED** that the bankruptcy petition filed by **NAKESHIA MICHELLE RADER** is hereby dismissed.

##END OF ORDER##

SUBMITTED BY:
*Semoune Ellis*
SEMOUNE ELLIS, MSB #105303
STAFF ATTY FOR
TORRI PARKER MARTIN, MSB #103938
STANDING CHAPTER 13 TRUSTEE
200 NORTH CONGRESS STREET, SUITE 400
JACKSON, MS 39201-1902
OFC: (601) 981-9100
FAX: (601) 981-1983
tpm@tpmartinch13.com